IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION DIVISION

| | | |
|---|---|---|
| IN RE: SHIRLEY CARLSON | § | CASE NO: 03-36743-H4-3 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**ORDER**

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$16,038.06** owed to **SHIRLEY CARLSON** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

**SIGNED** this the _____ day of _____.


_____
**DEPUTY CLERK**